

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00356-CV

| | | |
|---|---|---|
| IN THE ESTATE OF WYNELL N. KLUTTS, DECEASED | § | On Appeal from the County Court |
| | § | of Hood County (P08257) |
| | § | December 19, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| | § | Concurrence and Dissent by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Michael O. Kornegay shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth